1
2
3
4
5
6
7         **UNITED STATES DISTRICT COURT**

8             EASTERN DISTRICT OF CALIFORNIA

9

10   JOHN FREDERICK WHEELER,              1:12-cv-00260-GSA-PC

11                 Plaintiff,             ORDER DIRECTING THE CLERK'S
                                          OFFICE TO ADMINISTRATIVELY RE-
12        v.                              DESIGNATE THIS ACTION AS A 440
                                          CIVIL ACTION
13   HOWARD SILVER CHAIR, et al.,
                                          (Doc. 1)
14                 Defendants.
                                    /
15

16        On February 23, 2012, Plaintiff John Frederick Wheeler filed the complaint upon which this

17   action proceeds. The Clerk of the Court incorrectly designated the action as one involving a prisoner

18   litigating the conditions of his confinement. Upon further review by the Court, it has been

19   determined that the present action does not involve prison conditions of confinement. Therefore,

20   the Clerk of the Court is DIRECTED to:

21        1.     Re-designate this action as a 440 civil action;

22        2.     Send a notice of the new case number to all parties in this action; and

23        3.     Issue all applicable standing orders, scheduling orders, and process.

24

25      IT IS SO ORDERED.

26    **Dated:   February 28, 2012**            **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE
27

28