# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FREDERICK WHEELER, | ) 1:12-cv-260 LJO GSA |
| Plaintiff, | ) |
| v. | ) ORDER TRANSFERRING ACTION |
| | ) TO BAKERSFIELD DIVISION |
| HOWARD SILVER CHAIR, | ) |
| Defendant. | ) |

Plaintiff, John Frederick Wheeler, filed a complaint on February 23, 2012.[1]  (Docs. 1). A review of the pleading reveals that Plaintiff is a resident of Kern County.  Moreover, the events giving rise to this action occurred in Bakersfield, California.  Accordingly, this Court finds that venue is proper in the United States District Court, Eastern District of California, Bakersfield, California.  The Clerk of the Court is directed to transfer and reassign this action to the Honorable Jennifer Thurston.  *See*, 28 U.S.C. § 1391(b).

IT IS SO ORDERED.

---

[1] Plaintiff also filed an application to proceed in forma pauperis which is still pending given the instant transfer.

1

| | | |
|---|---|---|
| 1 | Dated: __February 29, 2012__ | __/s/ Gary S. Austin__<br>UNITED STATES MAGISTRATE JUDGE |