1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JOHN FREDERICK WHEELER,            ) Case No. 1:12-CV-00260-LJO-JLT
                                        )
12           Plaintiff,                 ) ORDER DISREGARDING PLAINTIFF'S
                                        ) MOTION TO PROCEED IN FORMA
13       v.                             ) PAUPERIS AS MOOT
                                        )
14                                      ) (Doc. 8)
     HOWARD SILVER CHAIR, et al.,       )
15                                      )
             Defendants.                )
16   _____ )

17          John Frederick Wheeler ("Plaintiff") seeks to proceed *in forma pauperis* ("IFP") and *pro se*

18   with an action for violations of his civil rights, and commenced this action by filing his complaint

19   and a motion to proceed IFP.  (Docs. 1-2). On March 12, 2012, the Court recommended Plaintiff's

20   motion to proceed IFP be denied because his complaint failed to state a meritorious claim upon

21   which relief may be granted.  (Doc. 7).  After the Court issued its recommendation, Plaintiff filed a

22   second application to proceed IFP on March 19, 2012.  (Doc. 8).

23          Because Plaintiff has an application to proceed IFP pending before the Court, the second

24   application to proceed IFP (Doc. 8) is **DISREGARDED AS MOOT**.

25

26   IT IS SO ORDERED.

27   Dated:   **March 22, 2012**                          **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE
28