IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FREDERICK WHEELER,<br><br>    Plaintiff,<br><br>v.<br><br>HOWARD SILVER CHAIR, et al.,<br><br>    Defendants. | ) Case No. 1:12-CV-00260-LJO-JLT<br>)<br>) ORDER DISREGARDING PLAINTIFF'S<br>) MOTION TO PROCEED IN FORMA<br>) PAUPERIS AS MOOT<br>)<br>) (Doc. 8)<br>)<br>)<br>)<br>) |

John Frederick Wheeler ("Plaintiff") seeks to proceed *in forma pauperis* ("IFP") and *pro se* with an action for violations of his civil rights, and commenced this action by filing his complaint and a motion to proceed IFP. (Docs. 1-2). On March 12, 2012, the Court recommended Plaintiff's motion to proceed IFP be denied because his complaint failed to state a meritorious claim upon which relief may be granted. (Doc. 7). After the Court issued its recommendation, Plaintiff filed a second application to proceed IFP on March 19, 2012. (Doc. 8).

Because Plaintiff has an application to proceed IFP pending before the Court, the second application to proceed IFP (Doc. 8) is **DISREGARDED AS MOOT**.

IT IS SO ORDERED.

Dated:   **March 22, 2012**                                                         /s/ Jennifer L. Thurston
                                                                                              UNITED STATES MAGISTRATE JUDGE